IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| PHYLLIS ANDERSON, *et. al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 07-1165 |
| | : | |
| THE BAKERY AND CONFECTIONERY UNION | : | |
| AND INDUSTRY INTERNATIONAL PENSION | : | |
| FUND, *et. al.*, | : | |
| Defendants. | | |

**Order**

YOHN, J.

And now, this 14th day of July, 2010, upon consideration of defendants' Motion for Judgment on the Pleadings (Doc. No. 46), plaintiffs' response, and defendants' reply thereto, and upon consideration of plaintiffs' Motion for Partial Summary Judgment (Doc. No. 45), defendants' response, and plaintiffs' reply thereto, it is hereby **ORDERED** that defendants' motion is **GRANTED** and plaintiffs' motion is **DENIED**. Judgment is entered in favor of defendants The Bakery and Confectionery Union and Industry International Pension Fund, the Board of Trustees, and the Appeals Committee, and against plaintiffs Phyllis Anderson *et al*.

The Clerk of the Court shall close this matter for statistical purposes.

/s/ William H. Yohn Jr.
William H. Yohn Jr., Judge